Name: Melvin E. Smith #21101-35002
Address: Box 250
Telephone: Draper, UT 84020

RECEIVED CLERK
APR 23 2012
U.S. DISTRICT COURT

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH
APR 25 2012
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## Central DIVISION

Melvin Eugene Smith
(Full Name)
PLAINTIFF

vs.

Warden A.C. Bigelow
Dr. Richard Garden
John Does 1-10

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 2:12-cv-00389
Assigned To : Waddoups, Clark
Assign. Date : 4/23/2012
Description: Smith v. Bigelow et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

    a. ✓ 42 U.S.C. §1983
    b. __ 42 U.S.C. §1985
    c. __ Other (Please Specify) _____

2. NAME OF PLAINTIFF Melvin Eugene Smith
   IS A CITIZEN OF THE STATE OF Utah

   PRESENT MAILING ADDRESS PO Box 250 Draper, UT 84020

3. NAME OF FIRST DEFENDANT Dr. Richard Garden

IS A CITIZEN OF <u>Salt Lake City, Utah</u>
(City and State)

IS EMPLOYED AS <u>Head Medical provider</u> at <u>Department of Corrections</u>
(Position and Title if Any)        (Organization) Utah

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ___. If your answer is "YES" briefly explain.

Petitioner has sought prescription for "orthopidic Boots" from the Medical staff and from Dr. Richard Garden, directly who, acting under the authority or color of state law has Deliberately Refused to prescribe the "orthopidic Boots" knowing of their need and resulting in injuries and irrepoiable damage.

4. NAME OF SECOND DEFENDANT <u>Dr. Sidney G. Roberts</u>
(If applicable)

IS A CITIZEN OF <u>Salt Lake City, Utah</u>
(City and State)

IS EMPLOYED AS <u>Doctor</u> at <u>Department of Corrections Draper</u>
(Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ___. If your answer is "YES" briefly explain.

On or about Jan 18, 2011, petitioner informed Dr. Roberts of the condition of his feet which require prescribed orthopidic Boots. Dr. Roberts, acting under the authority or color of state law Deliberately Refused to treat petitioner's foot conditions stating, "orthopidic Boots are no longer available for inmates because inmates hide Contraband in them?"

5. NAME OF THIRD DEFENDANT <u>Warden A.C. Bigelow</u>
(If applicable)

IS A CITIZEN OF <u>Salt Lake City, Utah</u>
(City and State)

IS EMPLOYED AS <u>Warden</u> at <u>Department of Corrections</u>
(Position and Title if Any)   (Organization) Utah

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ✓. If your answer is "YES" briefly explain.

Warden Bigelow is named on the basis he has care, custody and control of Petitioner, and the responsability for his care, safety.

6. NAME OF FOURTH DEFENDANT_____
(If applicable)

IS A CITIZEN OF_____
(city and State)

IS EMPLOYED AS_____ at _____.
(Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____
_____
_____

(Use additional sheets of paper if necessary.)

### B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

Due to Utah State Prison's Medical Department's Deliberate Indifference and knowingly has Refused to Treat my Pre-existing foot Disability of which They are aware. The Medical Staff's Refusal has Resulted in a Neck Surgery on August 18, 2011, is causing irreparable harm and Debilitation to my feet which have a 55% Disabled in the Left and 65% Disabled in the Right feet. The prison medical staff, Refuses to give me the prescribed orthepidic Boots, which They have provided to me in the past. Recently, after the Neck Surgery, I Suffered a fall related to lack of footwear and wherein I Re-injured my neck and lower back.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: Medical Deliberate Indifference

      (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

      On January 18, 2011, I informed prison medical staff of the need of orthopidic Boots for my Disability, and I had Boots in my property. I was denied, and now The prison refuses To provide The orthopedic Boots for my condition. As a Result I had To undergo a Neck Surgery on August 18, 2011, I Reinjured my lower Back on September 19, 2011 and I am Suffering ongoing Debilitation and "proliferation" of my conditions.

   b. (1) Count II: Medical Deliberate Indifference

      (2) Supporting Facts: As a Result of The Utah State prison's Deliberate Refusal To Treat my pre-existing feet Disability I was forced To undergo a Micio-diskectomy at The C-5-C-6-C-7 level. This occurred on August 18, 2011. Additionally, as a result of The prison's Refusal To Treat my Medical condition I had To have a diskectomy performed at The C-5-C-7 level

   c. (1) Count III: Medical Deliberate Indifference

(2) Supporting Facts: On or about September 19, 2011 as a Result of The prison's Deliberate Refusal To Treat my pre-existing foot Disability, I suffered a fall down steel flights of stairs on Baker Block. Thus Reindering Both my lower Back and Neck The injuries were and are a proximately caused by The prison's Deliberate Refusal To Treat my foot Condition's.

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

As set forth above I am suffering ongoing harm, Debilitation and proliferation of my feet Disability, I was forced To undergo Neck Surgery at The C5-C6-C7 levels on August 18, 2011 at The university of utah medical center and finally on Sep 19, 2011 I Reinjured Both my lower Back and Neck as a result of a fall proximately Caused by The fact I do not have The medically Required orthopidic Boots!

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES____ / NO __✓__. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____
   b. Name of court and case or docket number: _____

    c.     Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d.     Issues raised: _____

    e.     When did you file the lawsuit? _____
                                                                             Date     Month     Year

    f.     When was it (will it be) decided? _____

2.     Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES\_\_\_\_ / NO\_\_\_\_. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.     I believe that I am entitled to the following relief:

I believe and pray for Damages in a ment believed to be not less Than $500,000 or in an amount to be prozed at Trial by a Jury, I pray for Punitive damages and damages for my on going pain, Suffering and Compensatory damages for my Physical and Mental injuries.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _Draper Prison_ on _Feb 3_ 20_12_
          (Location)          (Date)

_Melvin E Smith_
Signature